| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

October 5, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2021
```

<u>**VIA ECF**</u>
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:  *L.A.C. v. N.Y.C. Dep't of Education*, 21-cv-5840 (ALC)(RWL)

Dear Magistrate Lehrburger:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Georgia M. Pestana, attorney for Defendant in the above-referenced action, wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

    I write to respectfully request that the October 14, 2021 conference be adjourned *sine die*, with a status letter due no later than October 31, 2021 informing the Court either of full settlement or proposing a briefing schedule. I have asked for Plaintiff's consent, but have not received a response. This is the first request for an adjournment of the initial pretrial conference. The requested adjournment will provide Defendant with time to receive authority from the Comptroller, which I expect to receive in two to three weeks. I am confident that the parties will settle this matter without the need for further burden on the Court's time.

    Accordingly, Defendant respectfully requests that the October 14, 2021 conference be adjourned *sine die*, with a status letter due no later than October 31, 2021, informing the Court either of full settlement or proposing a briefing schedule.

    Thank you for considering these requests.

        Respectfully submitted,

                                  */s/*

        Martha Nimmer
        Special Assistant Corporation Counsel

cc:    Benjamin Brown, Esq. (via ECF)

SO ORDERED:

_____ 10/05/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE